**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorney for LVMPD*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUANE JENSEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES I-X, inclusive, and ROE CORP. I-X, inclusive,<br><br>　　　　　Defendants. | Case Number: 2:18-cv-01906-JAD-CWH<br><br>ECF Nos. 4, 8 |

### STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

Defendant the Las Vegas Metropolitan Police Department ("LVMPD" or "the Department"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Plaintiff Pro Per, Duane Jensen, hereby stipulate and agree to as follows:

IT IS HEREBY STIPULATED that the above-entitled action is dismissed without prejudice; and

///
///
///
///
///
///
///

MAC:14687-169 3569902_1 11/15/2018 3:19 PM

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs.

DATED this 15th day of November, 2018.

**DUANE JENSEN**

By: /s/ Duane Jensen
Duane Jensen
113 Caperna Court
Boulder City, NV 89005
*Plaintiff, In Proper Person*

DATED this ____ day of November, 2018.

**MARQUIS AURBACH COFFING**

By: _____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant, LVMPD*

MAC:14687-169 3569902_1 11/15/2018 10:58 PM

IT IS FURTHER STIPULATED that each party will bear their own attorney's fees and costs.

DATED this ____ day of November, 2018.

**DUANE JENSEN**

By:_____
Duane Jensen
113 Caperna Court
Boulder City, NV 89005
*Plaintiff, In Proper Person*

DATED this 16th day of November, 2018.

**MARQUIS AURBACH COFFING**

By:_____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendant, LVMPD*

**ORDER**

Based on the parties' stipulation **[ECF No. 8]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 4]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE
Dated: November 16, 2018.

Submitted by:

MARQUIS AURBACH COFFING

By:_____
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant, LVMPD*

MAC:14687-169 3569902_1 11/15/2018 3:15 PM